UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTIRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: FUEL INJECTION SYSTEMS CASES | |
| THIS RELATES TO:<br>DEALERSHIP ACTIONS | 2:13-cv-02202-MOB-MKM |

## ORDER

This matter came before the Court on Defendants' Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc. and Mitsubishi Electric Automotive America, Inc. (the "Mitsubishi Electric Defendants") Motion for Relief from Obligation to Specify Local Counsel, pursuant to Local Rule 83.20. Upon due consideration of the motion and all responses thereto, the Court orders that the Mitsubishi Electric Defendants may designate New York attorney David Wawro of Torys LLP as their special counsel of record without specifying additional local counsel.

Accordingly, Defendants' motion is GRANTED.

SO ORDERED

Date:   August 26, 2015                              s/Marianne O. Battani
                                                     MARIANNE O. BATTANI
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 26, 2015

s/ Kay Doaks<br>
Case Manager